**Order filed September 27, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00404-CR
_____

### ISAAC ZUNIGA GUTIERREZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 178th District Court
Harris County, Texas
Trial Court Cause No. 1514075**

## ORDER

The reporter's record was due June 26, 2018. *See* Tex. R. App. P. 35.1. A partial reporter's record consisting of one of seven volumes was filed by court reporter Lindsay Arredondo on July 2, 2018. We have not received a request for extension of time to file the remainder of the record.

We order Gail Rolen, the official court reporter of the 178th District Court, to file the remainder of the reporter's record by **October 12, 2018**.

PER CURIAM